MICHAEL DONAHOE
Senior Litigator
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 300
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
    Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN EDWARD REAP,<br><br>Defendant. | Case No. CR 16-07-H-SEH<br><br>DEFENDANT REAP'S UNOPPOSED MOTION TO CHANGE PLEA FROM NOT GUILTY TO GUILTY; MOTION TO VACATE JUNE 28, 2016 TRIAL DATE |

COMES NOW defendant Martin Edward Reap (Reap), by and through his undersigned counsel, and respectfully advises that he has reached a plea agreement with the United States. The agreement involving defendant's intention to plead guilty to Count V of the Indictment which charges the crime of accepting bribes in violation of 18 U.S.C. §666(a)(1)(B) has been signed by the defendant, his counsel and government counsel and has been filed with the Court. The plea agreement need not be filed under seal.

Based on the foregoing notice of intention, defense counsel requests that the Court set down a convenient time for change of plea and vacate the trial set for June 28, 2016.

RESPECTFULLY SUBMITTED June 13, 2016.

    /s/ Michael Donahoe\_\_\_\_
MICHAEL DONAHOE
Senior Litigator
Federal Defenders of Montana
    Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on June 13, 2016, a copy of the foregoing document was served on the following persons by the following means:

__1__      CM-ECF

____      Mail

1. CLERK, UNITED STATES DISTRICT COURT

1    Joseph Thaggard
     Jeffrey K. Starnes
     Assistant United States Attorneys
     901 Front Street
     Helena, MT 59626
         Counsel for the United States

                 /s/ Michael Donahoe
               MICHAEL DONAHOE
               Senior Litigator

Federal Defenders of Montana
50 West 14th Street, Suite 300
Helena, Montana 59601-0250
(406) 449-8381

3